FILED ___ ENTERED
LODGED ___ RECEIVED

APR - 5 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOUIS A. DEVINCENTIS,

    Petitioner,

v.

KENNETH QUINN,

    Respondent.

CASE NO.   C06-680-JLR

ORDER DISMISSING § 2254 PETITION

The Court, having reviewed petitioner's petition for writ of habeas corpus, all briefing submitted by the parties, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1)  The Court adopts the Report and Recommendation.

(2)  Petitioner's federal habeas petition (Dkt. No. 1) is DENIED, and this action is DISMISSED with prejudice.

(3)  The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 5th day of April, 2007.

JAMES L. ROBART
United States District Judge

06-CV-00680-ORD

ORDER DISMISSING § 2254 PETITION